In Re: **DB ISLAMORADA, LLC,**
**Debtor–in–Possession.**

**David Finnegan, William P. Kelly, Jr., Plaintiffs–Appellants,**

v.

**DB Islamorada, LLC, Defendant–Appellee.**

No. 10–10780.

United States Court of Appeals, Eleventh Circuit.

Jan. 19, 2011.

William Patrick Kelly, Jr., Miami, FL, for Plaintiffs–Appellants.

---

Patricia A. Redmond, for Defendant–Appellee.

Before BARKETT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

This appeal involves a challenge to sanctions imposed by the Bankruptcy Court on David Finnegan (client) and William P. Kelly, Jr. (lawyer). We have studied the record and the briefs and have had the benefit of oral argument. The record simply fails to support the sanctions imposed on David Finnegan. On the other hand, there is ample evidence supporting the sanctions imposed upon William P. Kelly, Jr.

The sanctions imposed upon David Finnegan are vacated; the sanctions imposed upon William P. Kelly, Jr. are affirmed.

VACATED in part; AFFIRMED in part.